UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY NASH,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION REHABILITATION (CDCR), *et al.*,<br><br>    Respondents. | Case No. 2:24-cv-00437-FLA (JDE)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the records and files herein, including the Petition (Dkt. 1) and supporting records, the Order to Show Cause issued by the assigned magistrate judge (Dkt. 4), and the Report and Recommendation of the magistrate judge (Dkt. 9, "Report"). No party filed timely objections to the Report. Accordingly, the court accepts the Report's findings and recommendation.

IT IS THEREFORE ORDERED that Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: July 1, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge