JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY NASH,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION REHABILITATION (CDCR), *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:24-cv-00437-FLA (JDE)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: July 1, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　United States District Judge